UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**THERESA L. MOORE,**

Plaintiff,

-vs-  Case No. 6:08-cv-342-Orl-18KRS

**COMMISSIONER OF SOCIAL SECURITY,**
Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED** and the decision of the Commissioner is **AFFIRMED**. The Clerk of Court is ordered to enter **JUDGMENT** and **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this _25_ day of September, 2009.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge